**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 20-1926**

---

PILOT TRAVEL CENTERS LLC,

        Plaintiff - Appellee,

    v.

BARGIB ENTERPRISES INC.,

        Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge.  (2:19-cv-00710-DCN)

---

Submitted:  May 19, 2022                    Decided:  May 31, 2022

---

Before AGEE, WYNN, and RICHARDSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

**ON BRIEF:** Charles S. Altman, Charleston, South Carolina, for Appellant.  Sean M. Foerster, ROGERS TOWNSEND LLC, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

BarGib Enterprises Inc. appeals the district court's orders granting Pilot Travel Centers LLC summary judgment and denying BarGib's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pilot Travel Ctrs. LLC v. BarGib Enters. Inc.*, No. 2:19-cv-00710-DCN, 2020 WL 980174 (D.S.C. Feb. 28, 2020); *Pilot Travel Ctrs. LLC v. BarGib Enters. Inc.*, No. 2:19-cv-00710-DCN, 2020 WL 5100151 (D.S.C. Aug. 4, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*